UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Robert A. Hacket, | Civil No. 24-2533 (PJS/LIB) |
| Petitioner, | |
| vs. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| B. Eischen FPC Duluth., | |
| Respondent. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Petitioner Robert A. Hacket's Petition for Habeas Corpus, [Docket No. 1], is

    **DISMISSED without prejudice**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: 8/23/24                                                 s/Patrick J. Schiltz
At Minneapolis, Minnesota                       Patrick J. Schiltz, Chief Judge
                                                                                                 United States District Court